# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

136948

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

JAMES EDWARD DURAN,
         Defendant-Appellant.

SC: 136948
COA: 276295
Saginaw CC: 04-025015-FH

_____/

      On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk

1215